| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Moore, Jr., William T | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O.Box 10245<br><br>Savannah, GA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 1:55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | Coldwell Banker Realty - Commissions |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Merrill Lynch IRA Rollover Acct (Assets listed below) | F | Dividend | O | T | | | | | |
| 2.  ML/CMA Government Securities Fund | E | Interest | L | T | None | | | | |
| 3.  U.S. Treasury Note 2/15/04 | | None | K | T | Redeemed | 02/15 | K | | |
| 4.  Allstate Corp. Common Stock | C | Dividend | K | T | None | | | | |
| 5.  Wyeth Common Stock | A | Dividend | J | T | None | | | | |
| 6.  Amgen Corp. Common Stock | A | Dividend | J | T | None | | | | |
| 7.  Amsouth Bancorporation Common Stock | A | Dividend | J | T | None | | | | |
| 8.  Bank of America Corp. Common Stock | B | Dividend | K | T | Partial Sale | 09/28 | J | C | |
| 9.  Walt Disney Co. Common Stock | B | Dividend | J | T | None | | | | |
| 10.  Gannett Co. Inc. Common Stock | | None | K | T | None | | | | |
| 11.  Home Depot Common Stock | B | Dividend | J | T | None | | | | |
| 12.  Jefferson-Pilot Common Stock | A | Dividend | K | T | None | | | | |
| 13.  Proctor & Gamble Common Stock | A | Dividend | K | T | Partial Sale | 09/28 | J | B | |
| 14.  Schering-Plough Common Stock | B | Dividend | J | T | None | | | | |
| 15.  Time Warner, Inc. Common Stock- | B | Dividend | J | T | Bought more | 01/21 | J | | |
| 16.  Costco Companies, Inc. Common Stock | C | Dividend | J | T | None | | | | |
| 17.  Pepsico, Inc. Common Stock | B | Dividend | K | T | None | | | | |
| 18.  ConocoPhillips Common Stock | C | Dividend | K | T | None | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Intel Corp. Common Stock | | None | J | T | None | | | | |
| 20. U.S. Treasury Note 5/15/04 | A | Interest | K | T | Redeemed | 05/15 | K | A | |
| 21. U.S. Treasury Note 11/15/05 | | None | K | T | None | | | | |
| 22. U.S. Treasury Note 5/15/05 | | None | K | T | None | | | | |
| 23. U.S. Treasury Note 10/15/06 | | None | K | T | None | | | | |
| 24. International Business Machines Corp. Common Stock | A | Dividend | J | T | None | | | | |
| 25. U.S. Treasury Note 11/15/08 | | None | K | T | None | | | | |
| 26. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | | None | K | T | None | | | | |
| 27. Kimberly-Clark Common Stock | B | Dividend | J | T | None | | | | |
| 28. Kraft Foods Common Stock | | None | J | T | Sold | 01/21 | J | | |
| 29. Murphy Oil Corp. Common Stock | A | Dividend | K | T | Partial Sale | 09/28 | J | B | |
| 30. Pfizer, Inc. Common Stock | | None | J | T | Sold | 12/27 | J | | |
| 31. United Parcel Service Cl B Common Stock | B | Dividend | K | T | None | | | | |
| 32. U.S. Treasury Note 8/15/07 | | None | K | T | None | | | | |
| 33. Medco Health Solutions Common Stock | C | Dividend | K | T | | | | | |
| 34. TJX Companies Inc Common Stock | B | Dividend | K | T | | | | | |
| 35. U.S. Treasury Note 11/15/07 | | None | K | T | | | | | |
| 36. U.S. Treasury Note 2/15/08 | | None | K | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. U.S. Treasury Note 8/15/06 | | None | K | T | | | | | |
| 38. U.S. Treasury Note 8/15/08 | | None | K | T | | | | | |
| 39. U.S. Treasury Note 1/15/09 | | None | K | T | Buy | 02/18 | K | | |
| 40. U.S. Treasury Note 05/15/09 | | None | K | T | Buy | 05/20 | K | | |
| 41. Hewlett Packard Co. Common Stock | | None | J | T | Buy | 01/21 | J | | |
| 42. Neenah Paper Common Stock (spin off from Kimberly Clark) | A | Dividend | J | T | Spin Off | 12/01 | J | | |
| 43. Sterne, Agee & Leach - IRA Account (Assets listed below) | C | Dividend | L | T | | | | | |
| 44. Mason Dixon Preferred Stock | | None | J | T | None | | | | |
| 45. ICH Corp. Common Stock | | None | J | T | None | | | | |
| 46. Security Federal Bancorp Common Stock | | None | J | T | None | | | | |
| 47. Federated Prime Cash Money Market Fund | A | Interest | K | T | None | | | | |
| 48. Cotton States Life Ins. Common Stock | A | None | J | T | Sold | 01/12 | J | A | |
| 49. ABC Bancorp Cap Common Stock | | None | J | T | None | | | | |
| 50. Chittenden CAP TR I Preferred Stock | A | Dividend | J | T | None | | | | |
| 51. Exxon Mobile Corp Common Stock | B | Dividend | J | T | None | | | | |
| 52. General Electric Common Stock | A | Dividend | J | T | None | | | | |
| 53. Coast Financial Holdings Common Stock | A | Dividend | J | T | | | | | |
| 54. Duke Energy Corp. Common Stock | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Source Interlink Co. Inc. Common Stock | | None | J | T | Sold | 09/14 | J | A | |
| 56. Desert Community Bank Common Stock | B | Dividend | J | T | Purchased | 03/04 | J | | |
| 57. First Horizon National Corp. Common Stock | | None | J | T | Purchased | 06/16 | J | | |
| 58. Coca Cola Common Stock | | None | J | T | None | | | | |
| 59. Sterne, Agee & Leach, Inc. IRA (Assets listed below) | D | Dividend | M | T | | | | | |
| 60. Security Federal Bancorp Common Stock | | None | J | T | None | | | | |
| 61. Federated Prime Cash Money Market Fund | A | Interest | J | T | None | | | | |
| 62. Premier CAP TR I Preferred Stock | | None | J | T | None | | | | |
| 63. ABC Bancorp Cap. TR Preferred Stock | | None | J | T | None | | | | |
| 64. Chittenden CAP TR I Preferred Stock | | None | J | T | None | | | | |
| 65. Colonial Capital TR III Preferred Stock | | None | J | T | None | | | | |
| 66. Exxon Mobile Corp Common Stock | B | Dividend | J | T | None | | | | |
| 67. General Electric Common Stock | B | Dividend | J | T | None | | | | |
| 68. Citigroup Inc. Corp. Bond 3/6/07 | | None | J | T | None | | | | |
| 69. Household Finance Corp. Bond | | None | J | T | None | | | | |
| 70. Coast Financial Holdings Common Stock | A | Dividend | J | T | | | | | |
| 71. SunTrust Banks Inc. Common Stock | A | Dividend | J | T | Sold | 06/14 | J | A | |
| 72. Source Interlink Co. Common Stock | A | Dividend | J | T | Sold | 09/14 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Duke Energy Corp Common Stock | B | Dividend | J | T | | | | | |
| 74. Federal National Mortgage Assn Investment Notes B/E | | None | J | T | | | | | |
| 75. Federal Home Loan Bank Gov't Bond 7/23/08 | A | Interest | J | T | | | | | |
| 76. United Parcel Service Corp. Bond | | None | J | T | | | | | |
| 77. Hewlett-Packard Company Common Stock | | None | J | T | Purchased | 03/04 | J | | |
| 78. Sonic Solutions Common Stock | | None | J | T | Purchased | 01/22 | J | | |
| 79. First Horizon National Corp. Common Stock | | None | J | T | Purchased | 06/14 | J | | |
| 80. Desert Community Bank Common Stock | A | Dividend | J | T | Purchased | 10/26 | J | | |
| 81. SunTrust Bank Money Market Acct. (#1) | A | Interest | J | T | None | | | | |
| 82. SunTrust Bank Money Market (#2) | A | Interest | J | T | None | | | | |
| 83. American General Annuity (X) | A | Interest | K | T | None | | | | |
| 84. Strategic Value Fund (Mutual Fund) | A | Dividend | J | T | None | | | | |
| 85. SunTrust Bank Money Market #3 | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Jr., William T | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _MAY 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544